## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

LOIS WHITE                                    )
                                              )
      Plaintiff,                          )          Case No. 1:24-cv-11282
                                              )
v.                                            )          Honorable Virginia M. Kendall
                                              )
LUMA, LLC., an Illinois limited liability     )
company,                                      )
                                              )
      Defendant.                          )
                                              )
                                              )

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, LOIS WHITE, and Defendant, LUMA, LLC., hereby jointly stipulate and agree to the voluntary dismissal of this matter, including any and all pending claims in this matter, with prejudice and without cost to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: June 4, 2025                          Respectfully submitted,

LOIS WHITE                                   LUMA, LLC.

By: */s/ Angela C. Spears*                   By: */s/ Matthew P. Kellam*
Angela C. Spears                             Matthew P. Kellam
CASS LAW GROUP, P.C.                         LANER MUCHIN, LTD.
20015 S. LaGrange Rd #1098                   515 N. State St., Suite 2400
Frankfort, IL 60423                          Chicago, IL 60654
T: (872) 329-4844                            T: (312) 467-9800
E: aspears@casslawgroup.com                  E: mkellam@lanermuchin.com

*Counsel for Plaintiff*                      *Counsel for Defendant*